IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRUCE L. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 05-0700-CG-B |
| | ) |
| **DOTCH'S BARBER SHOP & SALON,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the court on the report and recommendation of the magistrate judge (Doc. 4) and plaintiff's objection thereto (Doc. 5). The magistrate judge recommended that this action be dismissed without prejudice for failure to comply with the court's order and to prosecute this action. Upon a de novo review of those portions of the report and recommendation to which objection is made, the court agrees with the findings of the magistrate judge and finds that the case is due to be dismissed without prejudice.

Plaintiff's handwritten complaint alleges that he was personally injured by, and dissatisfied with, a hair cut he received from defendant. The magistrate judge found that the complaint lacked a plain statement of plaintiff's claims sufficient to show that he is entitled to relief and to give defendant notice of the claims against it and ordered plaintiff to file an amended complaint. (Doc. 3).  Plaintiff failed to amend his complaint. Plaintiff's motion to proceed in forma pauperis was also found to be deficient (Doc. 3), and plaintiff has failed to pay the $250 filing fee or file a proper motion to proceed in forma pauperis.

Plaintiff's handwritten objection states several varied claims that are apparently unrelated to the claims asserted in plaintiff's complaint and do not address the deficiencies of plaintiff's

complaint or his failure to pay the filing fee.  Plaintiff alleges that he and his family have been victims of hate crimes and witchcraft and have had their lives threatened.  Plaintiff asserts that he is serious about this matter and that he seeks "the electric chair for those who have brought this hate crime against (upon) me."  The court finds plaintiff's rambling allegations to be insufficient to state a new claim against defendant or to remedy the deficiencies of plaintiff's case.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the magistrate judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action is hereby **DISMISSED without prejudice** for failure to obey the court's order and to prosecute this action.

**DONE and ORDERED** this 9th day of May, 2006.

/s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE